# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:00CR6-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| CLARK PROCTOR, JR. ) | |

**THIS MATTER** is before the Court on the Defendant's motion to alter or amend this Court's Order filed April 5, 2007, denying his motion for the return of property.

On review of the motion to alter or amend, the Defendant fails to state any new argument or facts which would warrant a change in the Court's ruling, and the motion is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to alter or amend is hereby **DENIED**.

2

Signed: April 23, 2007

Lacy H. Thornburg
United States District Judge